# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2821

_____

HENRY MILLS,

　　Appellant,

v.

STATE OF FLORIDA,

　　Appellee.

_____

On appeal from the Circuit Court for Leon County.
Martin A. Fitzpatrick, Judge.

February 5, 2019

PER CURIAM.

　　AFFIRMED.

WOLF, OSTERHAUS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Henry Mills, pro se, Appellant.

Ashley B. Moody, Attorney General, Tabitha R. Herrera, Assistant Attorney General, Tallahassee, for Appellee.